```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

```
JAMES CHARLEY MOON,          )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         2:05cv330-T
                             )            (WO)
J.C. GILES, Warden, and      )
DANNY REIBEN, Chaplain,      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1)  Plaintiff's objections (Doc. No. 11) are overruled.

   (2)  The United States Magistrate Judge's recommendation (Doc. No. 10) is adopted.

   (3)  This lawsuit is dismissed pursuant to 28 U.S.C.A. 1915(e)(2)(B).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of August, 2005.


   /s/ Myron H. Thompson   
**UNITED STATES DISTRICT JUDGE**